| | | |
|---|---|---|
| 1. | 10/16/68 | Filed motion for transfer of proceedings to Eastern District of Pennsylvania from David Berger and attorneys for plaintiffs and intervenor plaintiffs in cases pending in Eastern District of Pennsylvania and certain intervenor plaintiffs in the Southern District of New York  (Pa., E. - Nos. 43008, 43528, 44421, 68-154, 68-1211 and 68-1212 and N.Y., S. No. 1698) |
| 2. | 10/21/68 | Rec'd Brief of Defendant, United States Concrete Pipe Company, in Opposition to Plaintiffs' Motion for Transfer of Proceedings Under Section 1407 of United States Judicial Code. |
| | 10/22/68 | Filed Motion for Extension of time of Martin-Marietta to file response to motion to transfer |
| 3 | 10/23/68 | Filed breif of defendant General Dynamics Corp. opposing motion to transfer |
| 4 | 10/24/68 | Filed brief of defendant Concrete Pipe & Products Co., Inc. opposing motion to transfer and coordinate Maryland cases. |
| 5 | 10/24/68 | Filed brief of defendant Kerr Concrete Pipe Company opposing certain plaintiffs' motion for transfer |
| 6 | 10/24/68 | Filed response and brief of defendant Gray Concrete Pipe Company opposing motion to transfer |
| 7 | 10/24/68 | Filed motion and brief of defendant Interpace Corp. for extension of time to file response to motion to transfer |
| 8 | 10/24/68 | Filed brief of plaintiff Western District of Missouri supporting motion to transfer |
| | 10/25/68 | Filed order of Panel extending the time for Interpace Corp and MartinMarietta Corp. to file and serve responses to motion to transfer until Nov. 10, 1968 |
| 9 | 11/12/68 | Filed letter of opposition to motion to transfer all cases to Eastern Pennsylvania by Martin Marietta Corp. |
| 10 | 11/12/68 | Filed Response by counsel of Interpace Corp. to motion of certain plaintiffs for transfer to Penn., E. (request that motion be denied.) |
| | 11/15/68 | Filed Order setting hearing for Dec. 6th in Chicago, Ill. |
| | 11/15/68 | Mailed Notice of Hearing to all counsel. |
| 11 | 11/20/68 | Response of plaintiff City and County of Denver to hearing order. |
| 12 (*) | 12/6/68 | Filed Movant's Exhibit A. |
| | 12/6/68 | Filed order to defendants giving ten days to file response to affidavit. |
| | 12/6/68 | Filed order directing clerk to file joint petition in support of State of New Mexico v. American Pipe & Construction Co., et al. even though peitition not in strict conformance with Provisional Rules. |
| | ~~12/6/68~~ | ~~Filed joint petition in State of New Mexico case~~ |
| 13 | 12/16/68 | Filed affidavit by defendant Interpace Corp. objecting to the Panel's taking unsupported allegation by plaintiffs as to common questions of fact which defendants deny and believe supported by facts of record. |
| 14 (*) | 11/29/69 | Rec'd Petition Supporting transfer of all pl. & def. Am'c Pipe & Cons. Co., Am'n Concrete Pipe Co., Martin Marietta Corp., U.S. Pipe Corp., U.S. Pipe & Foundry Co. |

| Date | No. | Description |
|---|---|---|
| 12/16/68 | 15 | Filed affidavit on behalf of defendant Gray Concrete Pipe Co., Inc., responding to Movant's Exhibit A. |
| 12/16/68 | 16 | Filed reply of defendant Concrete Pipe & Products Co., Inc. responding to Movant's Exhibit A. |
| 12/24/68 | | Filed Opinion and Order/transferring *State of New Mexico, et al. v. American Pipe and Construction Co., et al.*, N. Mexico., Civil 7183, to Judge Pence in California, Central. denying request for |
| 1/3/69 | 17 | Filed Affidavit of De Pasquale Brothers |
| 1/6/69 | | Filed Supplemental order. |
| 1/16/69 | 18 | Filed narrative statement and memorandum supporting transfer by counsel for all plaintiffs and intervenor plaintiffs in Pa., E., and certain intervenor plaintiffs in *City of New York v. International Pipe & Ceramics Corp.* (N.Y., S.) |
| 1/16/69 | 19 | Filed plaintiff Coppco, Inc. (Colo., CA No. 67-C-472) opposing transfer and consolidation for pretrial purposes. |
| 1/22/69 | 20 | Filed response to Gray Concrete Pipe Company to Narrative Statement of Certain Plaintiffs (Responses to Supplemental Order) |
| 1/22/69 | 21 | Filed response of defendant Martin Marietta opposing transfer. |
| 1/23/69 | 22 | Filed response of defendant Interpace Corp. to narrative statement of certain plaintiffs. |
| 1/23/69 | 23 | Filed response of Concrete Pipe & Products Co., Inc., to narrative statement of certain plaintiffs. |
| 1/23/69 | 24 | Filed narrative statement of defendant United States Concrete Pipe Company opposing transfer. |
| 1/24/69 | 25 | Filed response to defendant Colonial Sand & Stone Co., Inc., of order for narrative statement entered by Panel on Jan. 6, 1969 |
| 1/27/69 | 26 | Filed response of defendant General Dynamics Corp., to narrative statement of certain plaintiffs supporting transfer. |
| 1/27/69 | 27 | Filed narrative statement of defendant Kerr Concrete Pipe Co. opposing plaintiffs' motion for transfer. |
| 1/29/69 | | Filed hearing order for Shcedules A and B again on February 28, 1969 in Washington, D. C. |
| 1/30/69 | | Sent Notice of Hearing to counsel for Schedules A and B. |
| 2/3/69 | 28 | Filed response of Pa., E., Md., and Ill., plaintiffs to narrative statement by certain defendants. |
| 2/17/69 | 29 | Filed Motion to Exclude *State of New Mexico, et al.*, CA No. 7183, N.MEx., from Cases on Schedule for Proposed Transfer. from defendants Martin-Marietta Corp., United Concrete Pipe Corp., and American Pipe & Construction Co. and American Concrete Pipe Co. |

NEXT PAGE

| Date | No. | Entry |
|---|---|---|
| 2/19/69 | 30 | Filed Plaintiff City and County of Denver response in opposition to transfer pursuant to Order of Panel dtd. Jan. 6, 1969 |
| 2/24/69 | 31 | Filed letter advising that at hearing, The City of New York will be the Spokesmen for the State of Kansas. |
| 2/28/69 | 32 | Filed in open court a supplemental response of Gray Concrete Pipe Co. |
| 4/14/69 | 33 | Filed decison of Second Circuit to dismiss City of New York case supplied to Panel by def. Kerr Concrete Pipe Co. |
| 4/28/69 | 34 | Filed ltr of Mr. Berger responding to filing of Second Circuit Decisio by def. Kerr Concrete Pipe Co. (above - 4/14) - dtd. 4/16/69 |
| 4/28/69 | 35 | Filed response of def. Kerr Concrete to Mr. Berger's ltr of 4/16/69. |
| 5/23/69 | | Filed CONSENT OF TRANSFEREE COURT signed by Judge Lord to cases consolidated in Pa., E. and assigned to Judge John Morgan Davis |
| 5/23/69 | | Filed OPINION AND ORDER transferring litigation to Pa., E. to Judge John Morgan Davis all actions on Scheduls A and B except those pending in New Mexico and New York. Transfer of New Mexico case *Sch. B) is DENIED and ruling on transfer of N.Y., S. cases is stayed until further order of the Panel. (author: Becker) (24 cases in all transferred) |
| 5/28/69 | | Filed CONDITIONAL TRANSFER ORDER in C.A. 69C 696, City and County of Denver v. Interpace Corp., Ill., N. |
| 6/10/69 | | CONDITIONAL TRANSFER ORDER in C.A. 69C 696 effective today. Notified transferee clerk. |
| 6/27/69 | | Filed CONCURRING OPINION of Judge Weigel to the May 23rd Opinion and Order. |
| 9/19/69 | 36 | Filed Motion to Transfer STATE OF NEW YORK V. INTERNATIONAL PIPE & CERAMICS CORP., ET AL. (N.Y., S., No. 67 Civ. 1642) and THE CITY OF NEW YORK, ET AL. V. INTERNATIONAL PIPE & CERAMICS CORP., ET AL. ( (N.Y., S., No. 67 Civ. 1698) by pl. City of Philadelphia and others. |
| 9/25/69 | 37 | Filed Response by state of New York and New York Truway authority TO MOTION FOR TRANSFER. (state of New York v. International Pipe, 67 Civ. 1642) |
| 9/26/69 | 38 | Filed Interpace Corp.'s Response to Motion to transfer Ny., S. cases to Pa., E. |
| 9/30/69 | 39 | Filed Memo of City of New York Opposing Motion for Transfer from N.Y., S. to Pa., E. of two actions 67 Civ 1698 and 67 Civ 1642 |
| 10/1/69 | 40 | Filed Response of Colonial Sand & Stone Co. in Opposition to Motion. |
| 10/9/69 | 41 | Filed Motion of Martin Marietta that Response (attached) to Motion to Transfer be accepted for filing late. |
| 10/9/69 | | Filed order extending to 9/9 time for Martin Marietta to respond to motion. |

| Date | No. | Entry |
|---|---|---|
| 10/10/69 | 42 | Filed ltr. fr counsel for intervenor pl. in City of New York (No. 1698 S.D.N.Y.) advising several intervenor plaintiff's have been dropped. |
| 11/24/69 | 43 | Filed ltr/response of States of Kansas and Wiscons favoring transfer of C.A. 1698 (S.D.N.Y.) to Pa., E. for coordinated pretrial proceedin[g] |
| 12/3/69 | 44 | Filed ltr fr counsel for Martin Marietta enclosing copy of transcript of proceeding before Judge Ryan in City of New York Case. |
| 12/8/69 | 45 | Filed 12/4 ltr/response to 12/2 ltr. from Martin Mareitta of the Port of New York Authority. |
| 12/8/69 | 46 | Filed Brief of State of Wisconsin and State of Kansa in Support of Motion to Transfer under §1407. (w/transcript of hearing before J. Ryan in N.S., S., on Nov. 20, 1969. |

PANEL OPINION AND ORDER ENTERED DEC. 24, 1969 cited at 297 F. Supp. 1125 (1968)
PANEL OPINION AND ORDER ENTERED MAY 23, 1969 CITED AT 302 F. Supp. 244 (1969)

# DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

*Dismissed*

DOCKET NO. 12 - MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE LITIGATION INVOLVING CONCRETE PIPE LITIGATION

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| A-1 | City of Philadelphia, et al. v. International Pipe & Ceramics Corp., et al. *dismissed* | | Pa., E. | Davis | 43008 |
| A-2 | Board of County Road Commissioners of the County of Wayne & City of Detroit v. International Pipe & Ceramics Corp., et al. | | Pa., E. | " | 43528 |
| A-3 | City of Akron, City of Cleveland & County of Summit v. International Pipe & Ceramics Corp., et al. | 6/14/72 | Pa., E. | " | 44421 |
| A-4 | City of Rochester, County of Erie & City of Buffalo v. International Pipe & Ceramics Corp., et al. | | Pa., E. | " | 68-1212 |
| A-5 | State of Alaska v. International Pipe & Ceramics Corp., et al. | | Pa., E. | " | 68-154 |
| A-6 | Ocean Leasing Corp., et al. v. International Pipe & Ceramics Corp., et al. | | Pa., E. | " | 68-1211 |
| A-7 | Metropolitan Sanitary District of Greater Chicago, etc. v. Martin Marietta Corp., et al. * 69-1358 | 4/26/67 | Ill., N. | | 67 C 684 |
| A-8 | City of Harvey, Illinois, et al. v. Martin Marietta Corp., et al. *dismissed* 69-1362 | 4/28/67 | Ill., N. | " | 67-C-711 |
| A-9 | Metropolitan St. Louis Sewer District v. Martin Marietta Corp., et al. *69-1363 | 4/28/67 | Ill., N. | " | 67-C-712 |
| A-10 | Village of Hinsdale, Illinois v. Martin Marietta Corp., et al. *69-1369 | | Ill., N. | " | 67-C-2165 |
| A-11 | City of Gary v. Martin Marietta Corp., et al. * 69-1368 | | Ill., N. | " | 67 C 2164 |
| A-12 | Sanitary District of the City of Gary, Indiana v. Martin Marietta Corp., et al. * 69-1370 | | Ill., N. | " | 67 C 2166 |
| A-13 | The County of Cook v. Martin Marietta Corp., et al. * DISMISSED 69-1361 | 4/28/67 | Ill., N. | | 67 C 706 |

*Vulcan Materials Co. has been dismissed as defendant.

## DESCRIPTION OF LITIGATION

DOCKET NO. 12 - MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE LITIGATION INVOLVING CONCRETE PIPE LITIGATION

(CONTINUED)

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| A-14 | Louisville and Jefferson County Metropolitan Sewer District v. Martin Marietta Corp., et al. * ~~dismissed~~ 69-1364 | 4/28/67 | Ill., N. | 6/20/9 | 67 C 713 |
| A-15 | Dover Construction Co., et al. v. Martin Marietta Corp., et al. ~~dismissed~~ * 69-1359 | 4/28/67 | Ill., N. | 8/12/9 | 67 C 703 |
| A-16 | Nathan Yorke, assignee, etc. v. Martin Marietta Corp., et al. ~~dismissed~~ * 69-1360 | 4/28/67 | Ill., N. | 4/12/9 | 67 C 704 |
| A-17 | State of Connecticut v. Martin Marietta Corp. et al. & International Pipe & Ceramics Corp. 69-1365 | | Ill., N. | " | 67 C 1182 |
| A-18 | State of New Jersey ~~dismissed~~ Marietta Corp. 69-1367 | | Ill., N. | " | 67 C 1563 |
| A-19 | Washington Suburban Sanitary Commission v. Martin Marietta Corp. ~~dismissed~~ 69-1366 | | Ill., N. | " | 67 C 1451 ~~1457~~ |
| A-20 | State of New York v. International Pipe & Ceramics Corp., et al. | | N.Y., S. | | 67 Civ. 1642 |
| A-21 | The City of New York, etc. v. International Pipe & Ceramics Corp., et al. | | N.Y., S. | | 67 Civ. 1698 |
| A-22 | The Mayor and City Council of Baltimore v. Martin Marietta Corp., et al. ~~dismissed~~ *69-1287 | | D. Md. | ~~69-1287~~ | 18964 |
| A-23 | Baltimore County, Maryland v. Martin Marietta Corp., et al. ~~dismissed~~ *69-1288 | | D. Md. | 69-1288 | 18965 |
| A-24 | State of Maryland v. Martin Marietta Corp., et al. ~~dismissed~~ *69-1289 | | D. Md. | 69-1289 | 19110 |
| A-25 | Anne Arundel County, Maryland v. Martin Marietta Corp., et al. ~~dismissed~~ * | | 69-1291 D. Md. | 69-1291 | 19834 |
| A-26 | County Commissioners for Cecil County, Maryland v. Martin Marietta Corp., et al. ~~dismissed~~ * | | D. Md. 69-1290 | " | 19833 |
| A-27 | Montgomery County, Maryland v. Martin Marietta Corp., et al. ~~dismissed~~ *69-1295 | | D. Md. | 69-1292 | 19835 |

*Vulcan Materials Co. has been dismissed as a defendant.

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 12 - MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE LITIGATION INVOLVING CONCRETE PIPE LITIGATION

(CONTINUED)

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| A-28 | Kansas City, Missouri v. Martin Marietta Corp., et al. 69-1378 | 6/30/71 | Mo., W. | | 16458-4 |
| A-29 | Udell-Niles Concrete Products Co. v. Martin Marietta Corp., et al. 69-1379 | 6/30/71 | Mo., W. | | 16504-2 |
| A-30 / B-1 | Commonwealth of Kentucky, et al. v. Martin Marietta Corp., et al. 69-1303 | 6/30/71 | Ky., E. | →69-1303 | 296 |
| A-31 | City of Phoenix, City of Mesa, City of Tucson, City of Tempe, City of Scottsdale, City of Flagstaff, Town of Goodyear and Town of Showlow, all municipal corps. v. American Pipe and Construction Co., et al. | 8/21/67 | Arizona | Pence | Civ-6427 |
| A-32 | Fullerform Continuous Pipe Corporation, et al. v. American Pipe and Construction Co., et al. | 4/18/67 | Arizona | Pence | Civ-6324 |
| A-32 / B-2 | Coppco, Inc. v. International Pipe & Ceramics Corp. 69-1277 dismissed 3/14/72 | | X | | →69-1277 67 C 472 |
| A-31 / B-3 / A-33 | City & County of Denver, a Colorado municipal corporation By and Through Its Board of Water Commissioners v. International Pipe and Ceramics Corp. 69-1276 | 12/26/67 | Colorado | Chilson | →69-1276 67-C-630 |
| A-34 | State of New Mexico, et al. v. American Pipe & Construction Co., et al. 12/20/68 | 7/10/67 | New Mexico | Payne | Civ. 7183 |
| C-1 | City and County of Denver v. Interpace Corporation DISMISSED 4/1/71 69-1312 | 6/10/69 | Ill., N. | Robson | 69C 696 |

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 12 -- MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE LITIGATION INVOLVING CONCRETE PIPE LITIGATION

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| X-1 | Board of Education of the Black Horse Pike School District, N.J., et al. v. International Pipe & Ceramics Corp., et al. | 6/30/71 | Pa., E. | | 69-2082 |
| X-2 | Commonwealth of Massachusetts, etc. v. International Pipe & Ceramics Corp., et al. | 6/30/71 | " | | 69-2083 |
| X-3 | P & F Enterprises, Inc., etc., v. International Pipe & Ceramics Corp., et al. | 6/30/71 | " | | 69-2084 |
| X-4 | Board of Public Instruction of Dade County, Fla., et al. v. International Pipe & Ceramics Corp., et al. | 6/30/71 | " | | 69-2085 |
| X-5 | State of Delaware v. International Pipe & Ceramics Corp., et al. | 6/30/71 | " | | 69-2086 |
| X-6 | City of Hastings, Minn., et al. v. International Pipe & Ceramics Corp., et al. | 6/30/71 | " | | 69-2087 |
| X-8 | City of New York v. Inter'l Pipe & Ceramics Corp., et al. | | Pa., E. | | 70-950 |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 12 -- MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE LITIGATION INVOLVING CONCRETE PIPE LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1<br>X-1 thru X-6 | ~~David Berger, Herbert B. Newberg~~, H. Laddie ~~Montague, Jr.~~, Howard L. Schambelan, ~~Cohen, Shapiro, Bergen,~~ Polisher & ~~Cohen~~<br>1622 Locust St ~~22nd Floor, P.S.F.S. Building,~~<br>Philadelphia, Pa., 19103<br><br>Harold E. Kohn, ~~Aaron M. Fine~~<br>Dilworth, Paxson, Kalish, Kohn and Levy<br>2600 The Fidelity Building<br>Philadelphia, Pa. 19109 | |
| A-2 | Same as A-1(a) and (b) | |
| A-3 | Same as A-1(a) and (b) | |
| A-4 | Same as A-1(a) and (b) | |
| A-5 | Same as A-1(a) and (b) | |
| A-6 | Same as A-1(a) and (b) | |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-7 | a. Granvil I. Specks, Esquire<br>~~Sheldon O. Collen,~~ Esquire<br>~~Perry Goldberg, Esquire~~<br>Friedman, Koven, Salzman, Koenigsberg,<br>   Specks & Homer<br>Suite 1103, 208 South LaSalle St.<br>Chicago, Illinois 60604 | |
| A-8 | Same as A-7(a) | |
| A-9 | Same as A-7(a) | |
| A-10 | Same as A-7(a) | |
| A-11 | Same as A-7(a) | |
| A-12 | Same as A-7(a) | |
| A-13 | Same as A-7(a) | |
|  | a. John J. Stamos, State's Attorney,<br>~~Daniel P. Coman,~~ Asst. State's Attorney,<br>Cook County, 500 Civic Center,<br>Chicago, Illinois | |
| A-14 | Same as A-7(a) | |
| A-15 | Same as A-7(a) | |
| A-16 | Same as A-7(a) | |
| A-17 | Same as A-7(a) | |
| A-18 | Same as A-7(a) | |
| A-19 | Same as A-7(a) | |
| A-20 | a. Louis J. Lefkowitz, Attorney General of the<br>State of New York, ~~George C.~~ Mantzoros,<br>~~Joel A. Windman,~~ Asst. Attorneys General,<br>80 Centre Street, New York, N.Y. 10013 | |
| A-21 | a. J. Lee Rankin, Corporation Counsel, ~~Eugene~~<br>~~Margolis,~~ Asst. Corporation Counsel, John<br>R. Thompson, Asst. Corporation Counsel,<br>Municipal Building, New York, N.Y. 10007<br><br>b. Eugene Margolis, Esq., Asst. Corporation<br>Counsel, City of New York, Municipal<br>Building, New York, N.Y. 10007 | |
| A-22 | | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 21 -- MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE LITIGATION INVOLVING CONCRETE PIPE

(CONTINUED)

| No. | Plaintiff | Defendant |
|---|---|---|
| A-23<br>A-24<br>A-25<br>A-26<br>A-27 | a. George L. Russell, Jr., Esquire, City Solicitor, 222 East Baltimore St., Baltimore, Md. 21202<br><br>b. Francis B. Burch, Esquire, Attorney Gen., State of Maryland, One Charles Center, Baltimore, Maryland 21201<br><br>c. David L. Cahoon, Esquire, County Office Building, Rockville, Md. 20850<br><br>d. Same as A-7(a)<br><br>e. R. Bruce Alderman, Esq., County Solicitor Baltimore County, Maryland, County Office Building, Towson, Md. 21204<br><br>f. William B. Calvert, Esq., 131 E. Main Street, Elkton, Md.<br><br>g. Phillip F. Scheibe, Esq., Arundel Center Bldg., Room 100, Annapolis Md. 21404 | a. William L. Siskind, Esq., Neil Tabor, Esq., 940 Maryland National Bank Bldg., 10 Light Street, Baltimore, Md. 21202<br><br>b. John Henry Lewin, Esq., 1400 Mercantile Trust Bldg., Baltimore, Md. 21202<br><br>c. David R. Owen, Esq., 10 Light St., 17th Floor, Baltimore, Md. 21202<br><br>d. Decatur H. Miller, Esq., 900 First Nat'l Bank Bldg., Baltimore Md., 21202<br><br>e. J. Cookman Boyd, Jr., Esq., 900 Aurora Fed. Bldg., Baltimore, Md. 21201<br><br>f. Carlyle Barton, Jr., Esq., 929 N. Howard St. Baltimore, Md. 21202<br><br>g. Benjamin C. Howard, Esq., 10 Light St., Room 1000, Baltimore Md., 21202 |
| A-28 | a. Robert _ Brown Harry P. Thomson, Jr., Esquire, Shughart, Thomson and Kilroy, 914 Commerce Bldg., 922 Walnut St., Kansas City, Mo. | |
| A-29 | Same as A-28(a) | |
| A-30 | Henri L. Mangeot, Esq., Deputy Attorney General, Commonwealth of Kentucky, Capitol Building, Frankfort, Kentucky | |

| No. | Plaintiff | Defendant |
|---|---|---|
| | | Cayuga Concrete Pipe Co.<br>Raymond Jenkins, Esq., 140 East Butler Ave., Ambler, Pa. |
| | | Colonial Sand and Stone Co., Inc.<br>AARON GOODSTEIN ~~Benjamin William~~ Mehlman, Esq., Goodstein, Zamore, Mehlman & Krones, 21 East 40th St., New York, New York 10016 |
| | | Concrete Pipe & Products Co., Inc.<br>Same as A-22-27(f) |
| | | DePasquale Bros., Inc.<br>Thomas J. Higgins, Esq., 200 South Service Road, Roslyn Heights, New York 11577 |
| | | General Dynamics Corp.<br>Miles G. Seeley, Esq., Mayer, Friedlich, Spiess, Tierney, Brown & Platt, Suite 1955, 231 South LaSalle St., Chicago, Ill. 60604 |
| | | Gray Concrete Pipe Co.<br>Richard H. Nicolaides, Esq., Kelly and Nicholaides Investment Building, Washington, D. C. |
| | N.O. Squire R. Ogden, Esq., Ogden, Robertson & Marshall, Marion E. Taylor Building, Louisville, Kentucky 40202 | International Pipe and Ceramics Corp. (INTERPACE)<br>WILLIAM E. WILLIS ~~John Cannon~~, Esq., Sullivan and Cromwell, 48 Wall St., New York, New York 10005 |
| | | Lewis H. Van Dusen, Jr., Esq., Morris Brooke, Esq., 1100 Philadelphia National Bank Building, Philadelphia, Pennsylvania 19107 |
| | | H. ~~Blair White~~, Esq., Richard H. Compere, Esq. Sidley and Austin, 20th Floor, 11 South LaSalle St., Chicago, Ill 60603 |
| | | Kerr Concrete Pipe Company<br>Jerome Doyle, Esq., Cahill, Gordon, Sonnett, Reindel and Ohl, 80 Pine St., New York, N.Y. 10005 |
| | | MARTIN MARIETTA CORPORATION<br>Richard S. Harrell, Esquire, Chadbourne, Parke, Whiteside & Wolff, 25 Broadway, N.Y. 10004 |
| | | WILLIAM P. ROGERS – VICTOR H. KRAMER ~~Victor H. Kramer~~, Esquire, Arnold & Porter, 1229 19th St., N.W., Wash., D.C. 20036 |
| | | Benjamin M. Quigg, Jr., Esquire, Morgan, Lewis and Bockius, 2107 The Fidelity Building, Philadelphia, Pa. 19109 |

**ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

DOCKET NO. 12 - MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE LITIGATION INVOLVING CONCRETE PIPE

| No. | Plaintiff | Defendant |
|---|---|---|
|  |  | United States Concrete Pipe Co.<br>   Burton Caine, Esq., Wolf, Block, Schorr and Solis-Cohen, 12th Floor, Packard Bldg., Philadelphia, Pa. 19102<br><br>   Charles Wiess, Esq., Thorp, Reed and Armstrong, 2900 Grant Bldg., Pittsburgh 15219 |
|  | Robert H. Odear, Esq., Stoll, Kennon & Park, 310 First Nat'l Bank Bldg., Lexington, Ky. 40507<br><br>David N. Miller, Esq., 900 First Nat'l Bank Bldg., Baltimore, Md. 21202 | Vulcan Materials Company<br>   Richard W. McLaren, Esquire, Chadwell, Keck, Kayser, Ruggles and McLaren, Suite 2360 135 South LaSalle St., Chicago, Illinois 60603<br><br>   William L. Marbury, Esquire<br>   First National Bank Building<br>   BAltimore, Maryland |
| A-31 | Robert J. Backstein, City Attorney, Barry Leverant, Asst. City Attorney, 930 Municipal Bldg., 251 West Washington St., Phoenix, Arizona 85003 | George W. Jansen, General Counsel, 110 Laurel St., San Diego, California 92101<br><br>Shimmel Hill, Kleindienst & Bishop, 111 West Monroe, Phoenix, Arizona 85003<br><br>Paul, Hastings, Janofsky & Walker, Oliver F. Green Jr. & William B. Campbell, 510 South Spring Street, Los Angeles, California 90013<br><br>Gordon, Johnson & Graham G. Campbell, Thelen, Marrin, Johnson & Bridges, 111 Sutter Street, San Francisco, California 94104<br><br>Fennemore, Craig, von Ammon, McClennen & Ugh, 411 No. Central, Phoenix, Ariz. 85004 |
| A-32 | Thomas E. McCarthy, Esq.<br>McCarthy & Reneau<br>1217 Mile High Center<br>1700 Broadway<br>Denver, Colorado 80202<br><br>John T. Loughlin, Esq. Victor E. Grimm, Esq.<br>John C. Blew, Esq., Bell, Boyd, Lloyd, Haddad & Burns, 135 South LaSalle Street, Chicago | Winston S. Howard, Edq.<br>Hugh A. Burns<br>1900 First National Bank Building<br>Denver, Colorado |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-31 | **A** Thomas E. McCarthy, Esq., McCarthy and Reneau, 1217 Mile High Center, 1700 Broadway, Denver, Colo 80202<br><br>**B** John T. Loughlin, Victor E. Grimm, John C. Blew, Esq., Bell, Boyd, Lloyd, Haddad & Burns, 135 South LaSalle Street, Chicago, Ill. 60603 | **A** Hugh A. Burns, James E. Hautzinger, George A. Sissel, Dawson, Nagel, Sherman & Howard, 1900 First National Bank Bldg., Denver, Colorado 80202 |
| A-33 | **A** Boston E. Witt, Esq., Attorney General, State of New Mexico, Supreme Court Building, Santa Fe, New Mexico 87501<br><br>**B** William C. Marchiondo, Esq., McAtee, Marchiondo & Michael, 315 Fifth St., N.W., Albuquerque, New Mexico<br><br>**C** Same as A-7(a)<br><br>**D** Rodey, Dickason, Sloan, Akin & Robb, First National Bank Bldg., 219 Central Ave., N.W. Albuquerque, New Mexico 87103<br><br>**E** Frank Horan, Esquire, City Attorney, City Hall Albuquerque, New Mexico<br><br>**F** William A. Sloan, Esq., Rodey, Dickason, Sloan, Akin & Robb., P.O. Box 1888, Albuquerque, New Mexico 87103 | **A** Mr. Allen C. Dewey, Jr., Modrall, Seymour, Sperling, Roehl & Harris, 1200 Simms Bldg., Albuquerque, New Mexico 87103<br><br>**B** Mr. Maurice Sanchez, Grantham, Spann, Sanchez & Rager, 914 Bank of New Mexico Building, Albuquerque, New Mexico 87101<br><br>**C** Benjamin M. Sherman, Sherman & Sherman, P.O. Box 850 Deming, New Mexico 88030<br><br>**D** Bryan G. Johnson, Esquire, Iden & Johnson, 1220 Simms Bldg., Albuquerque, New Mexico 87101<br><br>**E** John B. Tittman, Esq., Keleher & McLeod, P.O. Drawer AA, Albuquerque, New Mexico<br><br>**F** Gordon F. Hampton, Esq., Sheppard, Mullin, Richter, & Hampton, 458 South Spring Street, Los Angeles, Calif 90013  *martin*<br><br>**G** John J. Hanson, Esq., Gibson, Dunn & Crutcher, 634 South Spring St., Los Angels, Cal. 90014 |
| C-1 | Max P. Zall, Esq., City Atty., City & County of Denver, City & County Bldg., Denver<br>Leo T. Zuckerman, Esq., Brenman, Ciancio, Rossman & Baum, 1321 Bannock Bldg., Denver<br>Granvil I. Specks, Esq., 208 South LaSalle Street, Chicago 60604<br>Perry Goldberg, Esq., 208 South LaSalle St., Chicago 60604 | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 12 -- MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE LITIGATION INVOLVING CONCRETE PIPE LITIGATION



### OTHER INTERESTED COUNSEL

| No. | | |
|---|---|---|
| | John C. Blew, Esq., Bell, Boyd, Lloyd, Haddad & Burns, 135 South LaSalle St., Chicago, Ill. 60603 | Victor E. Grimme, Esq., Bell, Boyld, Lloyd Haddad & Burns, 135 South LaSalle St., Chicago, Ill. 60603 |
| | Herbert C. Hoffman, Esq., City Counselor of Kansas City, 2800 City Hall, Kansas City, Missouri 64106 | Warren E. Slagle, Esq., Slagle & Bernard, 1314 City Nat'l Bank Bldg., Kansas City, Missouri 64106 |
| | Interface - Mo, W. Colvin A. Peterson, Jr., Esq., Watson, Ess, Marshall, & Enggas, 1500 Home Savings Building, Kansas City, Missouri 64106 | John R. Thompson, Esq., Law Department, Municipal Bldg., New York, New York 10014 |
| | Joseph E. Stevens, Jr., Esq., William M. Stapleton, Esq., Lathrop, Righter, Gordon & Parker, 15 West Tenth Street, Kansas City, Missouri 64105 | Guido Saveri, Esq., Law Offices of Joseph Alioto, 111 Sutter St. San Francisco, Calif. 94102 |
| | | Anthony F. Zarlengo, Esq., Joseph L. Alioto, Esq. 595 Capital Life Center, Denver, Colo 80203 |
| | Kenneth M. Myers, Esq., Brewer & Myers, 27th Floor - Commerce Tower, 911 Main Street, Kansas City, Missouri 64105 | Perry Goldberg, Esq., 208 South LaSalle St., Chicago, Illinois 60604 |
| | Morris M. Doyle, Esq., McCutchen, Doyle, Brown & Enersen, 601 California Street, San Francisco, California 94108 | George F. Sieker, Esq., Asst. Attorney General, George B. Schwahn, Esq. Asst. Attorney Gen. State Capitol, Madison, Wisconsin |
| | Alan K. Polley, Esq., Asst. City Attorney, 930 Municipal Building, 251 West Washington St., Phoenix, Arizona 85003 | George L. Zoellner, Esq., General Counsel, City & County of Denver Board of Water Commissioners, 144 West Colfax Avenue, Denver Colorado 80202 |
| | Edward J. Hladis, Esq., Chief, Civil Division, State's Attorney Office, 500 Chicago Civic Center, Chicago, Ill. 60602 | Charles B. Kaiser, Jr., Esq., General Counsel, The Metropolitan St. Louis Sewer District, 2000 Hampton St., St. Louis, Missouri 63139 |
| | Joseph R. Hardiman, Esq., 1000 Maryland Nat'l Bank Bldg., 10 Light St., Baltimore, Md. 21202 | Portman and Portman, 2150 Railway Exchange Bldg., St. Louis, Missouri 63101 |
| | Clark C. Vogel, Esq., 277 Park Avenue, New York, New York 10017 | Charles E. Gaines, Esq., Louisville Trust Bldg., Louisville, Kentucky |
| | Stanley P. Neely, Esq., Maurice Purnell, Esq., Locke, Purnell, Boren, Laney & Neely, 3600 Republic Bank Tower, Dallas, Texas | Allen S. Lavin, Esq., Attorney for the Metropolitan Sanitary District of Greater Chicago, 100 East Erie Street, Chicago, Illinois |
| | Sheldon O. Collen, Esq., Suite 1103, 208 South LaSalle St., Chicago, Ill. 60604 | Arthur C. Thorpe, Esq., 111 West Washington St., Chicago, Illinois |

| No. | | |
|---|---|---|
| | Verne Lawyer, Esq., 427 Fleming Bldg., Des Moines, Iowa | General Dynamics Corporation (Ky., E.) W. Van Meter Alford, Esq., McDonald, Alford & Roszell 156 Market Street, Lexington, Ky. 40507 |
| | Lex Hawkins, Esq., 836-842 Fifth Avenue, Des Moines, Iowa | |
| | James W. Wilson, Esq., McGinnis, Lochridge, Kilgore, Byfield, Hunter & Wilson, 1030 Bronw Bldg., Austin, Texas 78701 | William M. Stapleton, Esq., Lathrop, Righter, Gordon & Parker, 15 West 10th Street, Kansas City, Missouri 64105 |
| | Robert E. Sher, Esq., Sher & Harris, 888 17th St., N.W., Washington, D.C. 20006 | Pottstown Newcrete Products, Inc. K. Robert Conrad, Esq., Pepper, Hamilton & Sheetz, 20th Floor, The Fidelity Building, Philadelphia, Pennsylvania 19106 |
| | William R. Springfield, Esq., City Attorney, City of Mesquite, City Hall, Mesquite, Texas, 75149 | |
| | Frederic O. Floberg, Esq., Ross, Hardies, O'Keefe, Babcock, McDugald & Parsons, 122 South Michigan Avenue, Chicago, Illinois 60603 | Alexander Willford, Esq., Christian, Barton, Parker, Epps & Brent, 500 Mutual Bldg., Richmond, Virginia 23219 |
| | James D. Jeffries, Esq., Assistant Attorney General, State Capitol, Madison, Wisconsin | George W. Jansen, Esq. 110 Laurel St. San Diego, Clif. |
| A-28 | David Bromberg, Esq., 400 Madison Avenue, New York, New York 10018 | Goerge B. Schwann, Esq., Asst. A.G., State Capitol Bldg., Madison, Wisc. |
| A-3 | David G. Budd, Esq., Assistant Attorney General, State of Ohio, State House Annex, Columbus, Ohio | Robert R. Raymond, Esq., Shughatt, Thomson & Kilroy, 914 Commerce Bldg., Kansas City, Mo. |
| | State of Wisconsin Arthur J. Galligan, Esq., Dickstein, Shapiro, Dennis & Galligan 20 East 46th Street, New York, New York 10017 | Victor H. Kramer, Esq., Arnold & Porter, 1229 19th St., N.W., Washington, D.C. 20036 William B. Campbell, Esq., 10 South Spring St., Los Angeles, Calif. 90013 |
| A-20-21 | Sidney Goldstein, Esq., General Counsel, The Poart of New York Authority, 111 Eighth Avenue, New York, New York 10011 | Howard L. Schambelan, Esq., Cohen, Shpairo, Berger, Polisher & Cohen, 22nd Fl., P.S.F.S. Bldg., Philadelphia 19109 |
| | State of Wisconsin George F. Sieker, Esq., Assistant Attorney General, State of Wisconsin, 114 East State Capitol, Madison, Wisconsin, 53702 | Herbert B. Newberg, Esq., 22nd Floor, P.S.D. Bldg., Philadelphia 19107 H. Laddie Montague, Esq., 22nd Floor, P.S.F.S Bldg., Philadeliphia 19107 |
| | James E. Hautziner, Esq., Dawson, Nagel, Sherman & Howard, 1900 First Nat'l Bank Bldg., Denver 80202 | George A. Mantzoros, Esq., Joel A. Windman, Esq., Asst. A's. G., 80 Centre St., N.Y. 10013 John Cannon, Esq., Sullivan & Cromwell, 48 Wall St., New York 10005 |
| | George A. Sissel, Esq., Dawson, Nagel, Sherman & Howard, 1900 First Nat'l Bank Bldg., Denver 80202 | Daniel P. Coman, Esq., Asst. A.G., Cook County 500 Civic Center, Chicago |